October 30, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

ISAIKA JACKSON, Appellant

NO. 14-13-00968-CV            V.

SAIA MOTOR FREIGHT LINE, LLC, Appellee

_____

This cause, an appeal from the judgment in favor of appellee, SAIA Motor Freight Line, LLC, signed September 27, 2013, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, Isaika Jackson, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.